### ESTATE OF Donald Robert VAN SICKLER.

Supreme Judicial Court of Maine.

Argued May 11, 1983.

Decided June 14, 1983.

---

500

Paine & Lynch, Martha J. Harris (orally), Bangor, for plaintiff.

Hale & Hamlin, Barry K. Mills (orally), Ellsworth, for defendant.

Before McKUSICK, C.J., and GODFREY, NICHOLS, ROBERTS, VIOLETTE and WATHEN, JJ.

## MEMORANDUM OF DECISION

■ On appeal from the allowance of his father's will by the Probate Court, Piscataquis County, Robert Van Sickler challenges only the court's finding that the will was not the product of undue influence. Our review of the record reveals ample evidence to support the conclusion below that the contestant had failed to sustain his burden of proof. *See* 18–A M.R.S.A. § 3–407; *Estate of Turf,* 435 A.2d 1087, 1090 (Me.1981).

■ By cross-appeal the appellee complains of the failure of the Probate Court to award costs. 18–A M.R.S.A. § 1–601 and M.R.Prob.P. 54(d)(1) authorize the award of costs in the discretion of the court. *Estate of Mitchell,* 443 A.2d 961, 964 (Me.1982). There was no abuse of discretion in this instance.

Accordingly, we affirm the judgment of the Probate Court.

The entry is:

Judgment affirmed.

Costs on appeal awarded to appellee.

All concurring.